Stuyvesant Security Company, respondent,

*v.*

John Dreyer et al., appellants.

[Decided February 3d, 1930.]

*Mr. Adam J. Rossbach,* for the respondent.

*Mr. Anthony R. Finelli,* for the appellants.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *103 N. J. Eq. 457.*

*For affirmance*—The Chief-Justice, Trenchard, Parker, Kalisch, Black, Campbell, Lloyd, Case, Bodine, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 14.

*For reversal*—None.